Exhibit 1



001 Thoane show

# Order Summary

Order placed March 26, 2026　│　Order # 114-3075282-6777042

**Ship to**

15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa　ending in

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $8.99 |
| Shipping & Handling: | $4.99 |
| Total before tax: | $13.98 |
| Estimated tax to be collected: | $0.92 |
| **Grand Total:** | **$14.90** |

**Arriving April 8 - April 17**



Apular Raining Cats and Dogs Poster,12 * 8 Inches Vintage Funny Poster Wall Decor Art Gift Retro Picture Metal Sign

Sold by: Thoane show

Supplied by: Other

$8.99

Back to top

amazon

Conditions of Use　　Privacy Notice　　Consumer Health Data Privacy Disclosure　　Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

### 003 taiyuanshixiaodianquzhangliyuanwangluokejifuwubu



# Order Summary

Order placed March 26, 2026   |   Order # 114-9467203-6427439

| Ship to | Payment method | Order Summary | |
|---|---|---|---|
| ▉▉▉▉ | Visa   ending in ▉▉ | Item(s) Subtotal: | $12.00 |
| 15TH FLOOR 1111 W 35TH ST | | Shipping & Handling: | $2.00 |
| CHICAGO, IL 60609-1404 | [View related transactions] | Total before tax: | $14.00 |
| United States | | Estimated tax to be collected: | $1.23 |
| | | **Grand Total:** | **$15.23** |

### Arriving April 9 - April 20



BaydoG Raining Cats and Dogs Poster Modern High Definition Aesthetic Holiday Gift Home Wall Art Canvas Painting Decoration (Unframed,08×10inch)

Sold by: taiyuanshixiaodianquzhangliyuanwangluokejifuwubu

Supplied by: Other

$12.00

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996–2026, Amazon.com, Inc. or its affiliates

## 004 ding qing Bridge poster



# Order Summary

Order placed March 26, 2026　|　Order # 114-0883238-0317044

| **Ship to** | **Payment method** | **Order Summary** | |
|---|---|---|---|
| ▮▮▮▮▮<br>15TH FLOOR 1111 W 35TH ST<br>CHICAGO, IL 60609-1404<br>United States | Visa　ending in ▮▮▮<br>( View related transactions ) | Item(s) Subtotal: | $13.00 |
| | | Shipping & Handling: | $6.90 |
| | | Total before tax: | $19.90 |
| | | Estimated tax to be collected: | $1.33 |
| | | **Grand Total:** | **$21.23** |

### Arriving April 17 - May 7



ZjkhOp Raining Cats and Dogs Poster Modern Wall Art HD Picture Canvas Printing Family Bedroom Office Artwork Decor (08x12-Unframed)
Sold by: ding qing Bridge poster
Supplied by: Other
$13.00

Back to top

amazon

Conditions of Use　Privacy Notice　Consumer Health Data Privacy Disclosure　Your Ads Privacy Choices ☑☒
© 1996-2026, Amazon.com, Inc. or its affiliates