**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

WILLIAM BELL,

     Plaintiff,                            Case No.: 1:26-cv-04561

v.                                      Judge Matthew F. Kennelly

THE PARTNERSHIPS AND UNINCORPORATED     Magistrate Judge Jeannice W. Appenteng
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

## DECLARATION OF WILLIAM BELL

I, WILLIAM BELL, declare and state as follows:

1.     This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2.     I am the artist that creates the William Bell Works. I make this declaration from matters within my knowledge save where otherwise stated.

3.     I am a self-taught artist who has been painting professionally since 1982. Working with acrylics, I create richly detailed and visually complex scenes based on memories and impressions of people, pets, events, and dreams that have shaped my life. I like to emphasize the activities of people and animals in pleasant, but often absurd, contexts. My work always invites the viewer to explore the entire canvas and revel in the activity as well as the color and fantastic details I include so effectively. My unique and enchanting designs have been reproduced as prints, posters, greeting cards, T-shirts, puzzles, children's books, album covers, and several series of collector plates for the Franklin Mint.

1

4.      I am the official source of products associated with the William Bell Works (the "William Bell Products"):



https://www.artlicensing.com/artists/bill-bell/page/3/

5.      I am the owner of the copyright registration for the William Bell copyrighted work, which is protected by United States Copyright Registration No. VA 2-455-408 (the "William Bell Work").

6.      Monetary damages alone cannot adequately compensate me for the ongoing infringement because monetary damages fail to address the loss of control of and damage to my reputation, goodwill, and control over the nature of the derivative works made using my copyrighted material. Furthermore, monetary damages are difficult, if not impossible, to completely ascertain due to the inability to fully quantify the monetary damage caused to my reputation and goodwill by acts of infringement.

7.      My goodwill and reputation are irreparably damaged when the William Bell Work is used on unauthorized goods. I am further irreparably harmed by the unauthorized use of the William Bell copyrighted material because infringers take away my ability to control the nature and quality of products bearing the William Bell Work and derivative works.

2

8. I am further irreparably damaged due to a loss of exclusivity. The copyright rights in the William Bell Work are meant to be exclusive rights.

9. The marketing and distribution of the William Bell Work and derivative works are aimed at growing and sustaining sales. When infringers use the William Bell Work without authorization, the exclusivity associated with the William Bell Work, as well as my reputation, is damaged and eroded, resulting in a loss of unquantifiable future sales.

10. Uncontrolled profiteering and pirating of the William Bell Work create the impression that the copyright rights associated with the William Bell Work may be infringed with impunity. The William Bell Work is distinctive and signifies to consumers that the products are authorized by me and are manufactured to my high-quality standards. When infringers use the William Bell Work on goods without authorization, the exclusivity of my products and reputation are damaged and eroded, resulting in a loss of unquantifiable future sales. The devaluing of the intellectual property associated with the William Bell Work cannot be compensated for financially since it erodes my ability to monetize the William Bell Work.

11. I will suffer immediate and irreparable injury, loss, or damage if a permanent injunction is not issued as part of the final judgment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 18, 2026.

_William Bell_
_____
William Bell

3