**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

WILLIAM BELL,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:26-cv-04561

Judge Matthew F. Kennelly

Magistrate Judge Jeannice W. Appenteng

**PLAINTIFF'S STATUS REPORT**

Pursuant to ECF Notice [15], Plaintiff, WILLIAM BELL ("Plaintiff"), hereby files this status report solely on behalf of Plaintiff.

The defendants in this case were properly served on May 26, 2026, pursuant to this Court's Order [15]. A summons returned executed was filed that same day. *See* [18]. At the time of this filing, no defendants have appeared.

Plaintiff filed a motion [20] for entry of default and default judgment on June 18, 2026, excluding any defendants who have been dismissed. A proposed order was submitted to the Court's proposed order inbox that same day. If and once the default judgment order is entered, the case can be terminated at the Court's earliest convenience.

DATED: June 29, 2026

Respectfully submitted,
*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com
***ATTORNEY FOR PLAINTIFF***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 29, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt

2